IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00368-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTURO MIRANDA-CINTO,

    Defendant.

---

### MINUTE ORDER[1]

---

A **Notice of Disposition and Motion Requesting Change of Plea Hearing** [#15][2] was filed on November 4, 2011. After reviewing the notice and the file, the court has concluded that a telephonic setting conference should be held to set this matter for a change of plea hearing.

**THEREFORE, IT IS ORDERED** as follows:

1. That on **November 15, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing;

2. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference; and

3. That the Trial Preparation Conference set for November 18, 2011, and the jury trial set to commence November 21, 2011, are **VACATED**.

Dated: November 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.